IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR344** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **STEVEN J. STODOLA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline for filing initial objections to the Presentence Report (Filing No. 50).

IT IS ORDERED:

1. The Defendant's motion to extend the deadline for filing initial objections to the Presentence Report (Filing No. 50) is granted; and

2. The Defendant's objections must be filed on or before June 6, 2005.

DATED this 6th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge