## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR344** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **STEVEN J. STODOLA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 65) to restrict the filing of a document (Filing No. 66) pursuant to the E-Government Act.

IT IS ORDERED:

1. The Defendant's motion (Filing No. 65) is granted; and

2. The document filed by the Defendant (Filing No. 66) is restricted pursuant to the E-Government Act.

DATED this 5th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge