**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR344** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **STEVEN J. STODOLA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for early termination of supervised release (Filing No. 66). The motion has been carefully considered.

IT IS ORDERED that the Defendant's motion for early termination of supervised release (Filing No. 66) is denied.

DATED this 5th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge